■ ANN C. SPEZIALE, Appellant, v. CECELIA A. KUMMER, Respondent.— Judgment unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The verdict is against the weight of evidence. (Appeal from judgment of Monroe Trial Term dismissing the complaint upon the merits in an automobile negligence action.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.